IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARLENE ALOMIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 3:22-cv-9 ) Judge Stephanie L. Haines |
| STEPHEN CRAIG SHAFFER, | ) ) |
| Defendant. | ) ) ) ) |

**ORDER OF COURT**

AND NOW, this 10th day of February, 2022, the Court having been advised the parties entered into a settlement agreement that fully resolves the claims in this matter (ECF No. 14) and with no further action being required by the Court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the completion and enforcement of settlement. The parties are directed to file a stipulation for settlement and discontinuance pursuant to Fed. R. Civ. P. 41 upon final resolution of this matter.

.

*Stephanie L. Haines*
Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record